JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE 2623,<br><br>    Plaintiff,<br><br>v.<br><br>OXGORD, INC., and DAY TO DAY IMPORTS, INC.,<br><br>    Defendants. | Case No. 2:22-cv-01324-SVW-E<br><br>**ORDER OF DISMISSAL** |

## ORDER

The Court, having considered the parties' Joint Stipulation to Dismiss pursuant to Rules 41(a)(1)(A)(ii), 41(a)(1)(A)(i) and 41(c)(1) of the Federal Rules of Civil Procedure, hereby DISMISSES the above-titled action in its entirety, including all claims and counterclaims. Each Party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATE: June 17, 2022

_____
Honorable Stephen V. Wilson
United States District Judge